**LAW OFFICES OF MITCHELL C. ELMAN, P.C.**
**233 EAST SHORE ROAD, SUITE 210**
**GREAT NECK, NY 11023**
**Telephone (516) 586-6666**
**Facsimile (516) 345-2517**
**Email mitchell@elmanlawny.com**

November 24, 2026

VIA ECF

APPLICATION GRANTED.
SO ORDERED.
11/24/26
USDJ

The Honorable John G. Koeltl
United States District Judge
United States District Court, Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: USA v. Louis Trejo et al
26-cr-00357 (JGK)

Dear Judge Koeltl:

This office filed a Notice of Appearance on November 11, 2026. The Court has scheduled a conference for November 30, 2026 at 12:30pm for both current and incoming counsel to be present. I am unavailable to appear at the time set by the Court and would be requesting that this conference be adjourned to the December 15, 2026 status conference at 11:30am.

Thank you for your consideration.

Respectfully submitted,

**/s/ Mitchell C. Elman**

MITCHELL C. ELMAN

Cc: All counsel (via ECF)